**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| VICTOR CAMARGO-JUAREZ,<br>Plaintiff<br>v.<br>MCDONALD'S HUMANSON INC, *et al.,*<br>Defendants. | Case No. 3:26-CV-00783-MMD-CLB<br>**ORDER TO PAY FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On October 6, 2026, Plaintiff Victor Camargo-Juarez ("Plaintiff"), submitted a "Declaration of Victor Camargo-Juarez In Support of Application to Proceed *In Forma Pauperis*" and a complaint. (ECF Nos. 1, 1-1). Although it seems Plaintiff seeks to proceed *in forma pauperis*, Plaintiff has not filed an actual application to proceed *in forma pauperis*.

Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. <u>The application must be made on the form provided by the Court</u> and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that the Clerk of the Court shall **SEND** Plaintiff the approved form Application to Proceed *in Forma Pauperis* for Non-Inmate.

**IT IS FURTHER ORDERED** that on or before **Friday, November 6, 2026**, Plaintiff will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate <u>on this Court's approved form</u>, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

**DATED**: October 7, 2026.

**UNITED STATES MAGISTRATE JUDGE**